# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **DOCKET NO. 3:13-CR-321** |
| **vs.** ) | |
| ) | **ORDER** |
| **RANDALL NEWKIRK** ) | |
| ) | |

**THIS MATTER** having come before the Court on the Motion to Dismiss filed by the United States and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Motion of the United States is **GRANTED**, and the Indictment filed against Randall Newkirk on December 18, 2013 should be dismissed without prejudice.

Signed: April 30, 2014

_____
Frank D. Whitney
Chief United States District Judge